## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02556-JLK

ALANEA VANDIVNER,

       Plaintiff,

v.

FIRST REVENUE ASSURANCE, LLC, a Delaware limited liability company,

       Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

       THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

       BY THE COURT:

February 16, 2007       s/John L. Kane
DATE       U.S. DISTRICT JUDGE